UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DANIEL SHELTON, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IMPERIAL DISTRIBUTORS, INC. )<br>)<br>Defendant. ) | No. 1:13-cv-00150<br><br>Mattice/Lee |

**NOTICE OF SETTLEMENT**

The parties announce that they have reached an agreement to settle this case. In light of case law requiring approval to settle collective Fair Labor Standards Act ("FLSA") claims, which are at issue in this case, the parties will seek court approval of this settlement. They plan to file a motion for approval of the settlement by no later than September 17, 2013 unless the Court determines that a different deadline would be appropriate.

Subject to the Court ordering otherwise, the parties agree that the proposed settlement, which includes a notice procedure, makes it unnecessary for the Defendant to respond at this time to Plaintiff's pending Motion for Court-Supervised Notice. Defendant continues to oppose Court-Supervised Notice outside the context of the settlement terms, and if the settlement is not approved, Defendant will file a response opposing Plaintiff's Motion.

1

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By: s/Russell W. Gray
    Russell W. Gray (TN BPR # 016120)
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450
(423) 756-2010
Facsimile: (423) 752-9563
rgray@bakerdonelson.com

Jonathan D. Rosenfeld, MA BBO #556172
(admitted *pro hac vice)*
Ariella M. Feingold, MA BBO #660380
(to be admitted *pro hac vice*)
WilmerHale
60 State Street
Boston, MA 02109
(617) 526-6941
Facsimile: (617) 526-5000
jonathan.rosenfeld@wilmerhale.com

*Counsel for Imperial Distributors, Inc.*


By: s/R. Scott Jackson, Jr.
    R. Scott Jackson, Jr., #013839
Attorney at Law
4525 Harding Road
Suite 200
Nashville, TN 37205
(615) 313-8188
(615) 313-8702 (facsimile)
rsjackson@rsjacksonlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of August 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                              s/Russell W. Gray
                                              Russell W. Gray