UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DANIEL SHELTON, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | No. 1:13-cv-00150 |
| vs. ) ) | Mattice/Lee |
| IMPERIAL DISTRIBUTORS, INC. ) ) | |
| Defendant. ) ) ) ) ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Nancy J. Puleo, Laura A. Otenti, and Posternak Blankstein & Lund LLP, (collectively "Posternak Blankstein"), pursuant to Local Rule 83.4(f), hereby requests permission to withdraw as counsel for Defendant, Imperial Distributors, Inc. ("Imperial"). In support of this motion, Posternak Blankstein submits that Imperial has requested that the WilmerHale firm serve as lead counsel in this case with Baker, Donelson, Bearman, Caldwell & Berkowitz serving as local counsel.

Imperial's current address and telephone number are as follows:

33 Sword Street

Auburn, Massachusetts 01501-2195

(508) 756-5156

Imperial consents to this withdrawal as indicated below. Undersigned counsel for Posternak Blankstein certifies that the requirements of Local Rule 83.4(f) have been met.

In light of all the foregoing, Posternak Blankstein respectfully requests that the Court grant this Motion to Withdraw and relieve Posternak Blankstein as counsel of record in this case.

Respectfully submitted,

POSTERNAK BLANKSTEIN & LUND LLP

By: s/Nancy J. Puleo
By: s/ Laura A. Otenti
Nancy J. Puleo, MA BBO #648457
(admitted *pro hac vice*)
Laura A. Otenti, MA BBO #660301
(admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Bosto, MA 02199
(617) 973-6100
Facscimile: (617) 722-4997
npuleo@pbl.com
lotenti@pbl.com


Russell W. Gray
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450
(423) 756-2010
Facsimile: (423) 752-9563
rgray@bakerdonelson.com

Jonathan D. Rosenfeld
(admitted *Pro Hac Vice*)
jonathan.rosenfeld@wilmerhale.com
Areilla M. Feingold
(admitted *Pro Hac Vice*)
areilla.feingold@wilmerhale.com
WilmerHale
60 State Street
Boston, MA 02109
(617) 526-6941
Facsimile: (617) 526-5000

## CONSENT BY CLIENT

Imperial Distributors, Inc. consents to the withdrawal of Nancy J. Puleo, Laura A. Otenti, and Postemak Blankstein & Lund LLP as its counsel in this case.

IMPERIAL DISTRIBUTORS, INC.

By: *Herbert L Deutch*
Title: *President*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                              s/Russell W. Gray
                                              Russell W. Gray