UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

DANIEL SHELTON, on behalf of himself and )
all others similarly situated, )
 )
      Plaintiff, )
 ) No. 1:13-cv-00150
vs. )
 ) Mattice/Lee
IMPERIAL DISTRIBUTORS, INC. )
 )
      Defendant. )

**NOTICE OF SETTLEMENT STATUS**

      The parties announced by way of a Notice of Settlement filed on August 28, 2013 that they have reached an agreement to settle this case. In that notice, the parties indicated that they planned to file a motion for approval of the settlement by no later than September 17, 2013. Since that time, the parties have worked diligently to prepare the settlement paperwork, including a proposed joint motion for approval of the settlement, a memorandum in support of the motion, a settlement agreement, a notice to potential participants in the settlement, and a consent form to join the settlement. The parties, however, need additional time to complete the settlement paperwork. They now plan to file a motion for approval of the settlement by no later than September 24, 2013 unless the Court determines that a different deadline would be appropriate.

1

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By: s/Russell W. Gray
    Russell W. Gray (TN BPR # 016120)
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450
(423) 756-2010
Facsimile: (423) 752-9563
rgray@bakerdonelson.com

Jonathan D. Rosenfeld, MA BBO #556172
(admitted *pro hac vice)*
Ariella M. Feingold, MA BBO #660380
(to be admitted *pro hac vice*)
WilmerHale
60 State Street
Boston, MA 02109
(617) 526-6941
Facsimile: (617) 526-5000
jonathan.rosenfeld@wilmerhale.com

*Counsel for Imperial Distributors, Inc.*

By: s/R. Scott Jackson, Jr.
    R. Scott Jackson, Jr., #013839
Attorney at Law
4525 Harding Road
Suite 200
Nashville, TN 37205
(615) 313-8188
(615) 313-8702 (facsimile)
rsjackson@rsjacksonlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

    s/Russell W. Gray
    Russell W. Gray