UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DANIel SHELTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:13-cv-150 |
| v. ) | |
| ) | *Mattice / Lee* |
| IMPERIAL DISTRIBUTORS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is a motion to withdraw certain counsel [Doc. 29] filed by Defendant, who seeks the withdrawal of Attorneys Laura Otenti and Nancy Puleo, and their firm, as counsel of record. Defendant's motion satisfies all requirements to withdraw under E.D. Tenn. L.R. 83.4. No party filed a timely response in opposition to the motion to withdraw, and the Court deems the failure to respond to the motion as a waiver of any opposition to the requested relief pursuant to E.D. Tenn. L.R. 7.2.

Accordingly, the motion to withdraw [Doc. 29] is **GRANTED**. The Clerk is **DIRECTED** to terminate Attorneys Otenti and Puleo and their law firm as counsel of record for Defendant.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE