UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DANIEL SHELTON, on behalf of himself and all others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) IMPERIAL DISTRIBUTORS, INC. ) ) Defendant. ) | No. 1:13-cv-00150 Mattice/Lee |

**NOTICE OF SETTLEMENT STATUS**

The parties continue to work diligently to prepare the settlement paperwork in this case. With this case being a proposed collective action under the Fair Labor Standards Act, the settlement paperwork is significantly more complicated than in other cases. The paperwork includes such documents as a proposed joint motion for approval of the settlement, a memorandum in support of the motion, a settlement agreement, a notice to potential participants in the settlement, a consent form to join the settlement, and accompanying orders. The parties are actively revising and conferring regarding such documents, and are continuing to negotiate the details of certain terms. The parties now plan to file a motion for approval of the settlement by no later than October 1, 2013 unless the Court determines that a different deadline would be appropriate.

1

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By: s/Russell W. Gray
    Russell W. Gray (TN BPR # 016120)
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450
(423) 756-2010
Facsimile: (423) 752-9563
rgray@bakerdonelson.com

Jonathan D. Rosenfeld, MA BBO #556172
(admitted *pro hac vice)*
Ariella M. Feingold, MA BBO #660380
(to be admitted *pro hac vice*)
WilmerHale
60 State Street
Boston, MA 02109
(617) 526-6941
Facsimile: (617) 526-5000
jonathan.rosenfeld@wilmerhale.com

*Counsel for Imperial Distributors, Inc.*


By: s/R. Scott Jackson, Jr.
    R. Scott Jackson, Jr., #013839
Attorney at Law
4525 Harding Road
Suite 200
Nashville, TN 37205
(615) 313-8188
(615) 313-8702 (facsimile)
rsjackson@rsjacksonlaw.com

*Counsel for Plaintiff*

2

664595
Case 1:13-cv-00150 Document 32 Filed 09/24/13 Page 2 of 3 PageID #: 94

## CERTIFICATE OF SERVICE

  I hereby certify that on this 24th day of September 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

              s/Russell W. Gray
              Russell W. Gray