UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DANIEL SHELTON, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>IMPERIAL DISTRIBUTORS, INC.,<br><br>                Defendant. | Case No.: 1:13-cv-00150<br><br>Judge: Mattice/Lee |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**

Imperial Distributors, Inc. ("Defendant") and Daniel Shelton ("Plaintiff") (collectively, the "Parties") have executed a comprehensive settlement agreement (the "Agreement") in this matter. The Parties now move the Court to approve the Agreement, which is attached as **Exhibit A** to the Parties' Memorandum in Support of this Motion (the "Memorandum"), filed simultaneously herewith. For the reasons set forth in the Memorandum, this motion should be **GRANTED**. A proposed order is attached to the Memorandum as **Exhibit G**.

1

Respectfully submitted,

/s/ Russell W. Gray
**RUSSELL W. GRAY**
Baker, Donelson, Bearman,
 Caldwell & Berkowitz, Pc
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
423-756-2010
rgray@bakerdonelson.com

**JONATHAN D. ROSENFELD** (admitted *Pro Hac Vice*)
**ARIELLA FEINGOLD** (admitted *Pro Hac Vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
jonathan.rosenfeld@wilmerhale.com
ariella.feingold@wilmerhale.com

*Attorneys for Defendant*


/s/ R. Scott Jackson, Jr. (with permission)
**R. SCOTT JACKSON, JR., 013839**
Attorney at Law
4525 Harding Road
Suite 200
Nashville, TN 37205
615-313-8188
rsjackson@rsjacksonlaw.com

**JOHN R. MCCOWN**
Warren & Griffin, P.C.
513 Benjamin Way
Suite 208
Dalton, GA  30721
423-265-4878
john.mccown@gmail.com

*Attorneys for Plaintiff*

Dated:  October 1, 2013

2