# EXHIBIT C

*Shelton v. Imperial Distributors, Inc..*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _____

_____   _____
SIGNATURE                         MAILING ADDRESS

_____   _____
NAME (Please print clearly)       CITY, STATE, ZIP

_____   _____
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER   PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than* **[INSERT DATE – *forty-five (45) days following the date on which the Notice and Notice of Consent Forms are mailed out*].** *The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

                        R. Scott Jackson, Jr.
                        Attorney at Law
                        4525 Harding Road, Suite 200
                        Nashville, TN 37205
                        615-313-8188