# EXHIBIT F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

DANIEL SHELTON, on behalf of himself
and all others similarly situated,

                Plaintiff,

v.

IMPERIAL DISTRIBUTORS, INC.,

                Defendant.

Case No.: 1:13-cv-00150

Judge: Mattice/Lee

## DECLARATION OF ARIELLA FEINGOLD

I, Ariella Feingold, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am counsel for Imperial Distributors, Inc. ("Imperial") in the above-captioned matter. I have personal knowledge of the facts set forth in this Declaration.

2. I am submitting this Declaration in connection with the parties' Joint Motion for Settlement Agreement.

3. During the pendency of the above-captioned matter, Imperial undertook a sizeable amount of informal discovery, including interviewing SSRs in many different states who are assigned to many different types of accounts and who have many different compensation arrangements, as well as interviewing SSR supervisors and account managers. Such informal discovery focused on the duties and hours of both SSRs assigned to the Bi-Lo account (like the named Plaintiff), and SSRs assigned to other Imperial accounts in different states.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on October 1, 2013.

/s/ Ariella Feingold
**ARIELLA FEINGOLD** (admitted *Pro Hac Vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000
ariella.feingold@wilmerhale.com