## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 10/23/13

SIGNATURE: *Anna M Hardina*

NAME (Please print clearly): Anna Hardwa

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: 1532

MAILING ADDRESS: PO Box 103

CITY, STATE, ZIP: Brandon VT, 05233

PHONE NUMBER: 802-709-1240

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

*Shelton v. Imperial Distributors, Inc.*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 10/23/2013

_____
SIGNATURE

GERALD M CONTRADA
NAME (Please print clearly)

5042
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

56 KATHY DR
MAILING ADDRESS

HAVERHILL, MA 01832
CITY, STATE, ZIP

978 556 1570
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action.  By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime.  This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 10/25/13

_Linda Volpe-Murphy_
SIGNATURE

Linda Volpe-Murphy
NAME (Please print clearly)

2386
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

14 Pine Acres Blvd.
MAILING ADDRESS

Coventry, R.I. 02816
CITY, STATE, ZIP

401-330-8428
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address.  For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: October 24, 2013

SIGNATURE: Melinda Stachelek (Barreca)
*maiden name*

NAME (Please print clearly): Melinda Stachelek (Barreca)

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: 4694

MAILING ADDRESS: 44 Burke St.

CITY, STATE, ZIP: Riverside RI 02915

PHONE NUMBER: 401-230-8496

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than __December 5, 2013__. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

*Shelton v. Imperial Distributors, Inc.., Case No. 1:13-cv-00150*

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _10/24/13_

_____
SIGNATURE

_Scott Stachelek_
NAME (Please print clearly)

_9054_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_44 Burke St._
MAILING ADDRESS

_Riverside, RI 02915_
CITY, STATE, ZIP

_401-230-8525_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

*Shelton v. Imperial Distributors, Inc.., Case No. 1:13-cv-00150*

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 10/24/13

SIGNATURE

NAME (Please print clearly) Richard Gulotta

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER 9759

MAILING ADDRESS 2 Joyce Lane

CITY, STATE, ZIP Commack, NY 11725

PHONE NUMBER 631-796-5526

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

*Shelton v. Imperial Distributors, Inc.., Case No. 1:13-cv-00150*

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _10/23/2013_

_Jn. F. Wolcott sr_
SIGNATURE

_WAYNE F WOLCOTT SR_
NAME (Please print clearly)

_8538_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_126 CHARGE POND RD_
MAILING ADDRESS

_WAREHAM MA 02571_
CITY, STATE, ZIP

_(508) 295-7028_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _____

_____
-SIGNATURE

*Timothy C Stone*
NAME (Please print clearly)

*9301*
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

*4840 O'Donnell St. Liverpool NY 13088*
MAILING ADDRESS

*Liverpool NY 13088*
CITY, STATE, ZIP

*(315) 218-7251*
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 10/22/13

SIGNATURE: *Nancy J. Arnold*

NAME (Please print clearly): Nancy J. Arnold

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: 7794

MAILING ADDRESS: 358 Camp Dixie Road

CITY, STATE, ZIP: Pascoag R.I. 02859

PHONE NUMBER: 401 529 1746 or
401 529 2762

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _10/23/13_

*Thomas J. Lawrence*
SIGNATURE

_THOMAS J. LAWRENCE_
NAME (Please print clearly)

_9723_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_18 MARCELLA BLVD._
MAILING ADDRESS

_HOPEWELL JCT, N.Y. 12533_
CITY, STATE, ZIP

_914-522-3161_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _10-24-13_

_Frederick G Matt_
SIGNATURE

_86 PLEASANTVILLE RD._
MAILING ADDRESS

_FREDERICK G. MATT_
NAME (Please print clearly)

_PLEASANTVILLE, NY. 10570_
CITY, STATE, ZIP

_9681_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_914- 703- 5336_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

*Shelton v. Imperial Distributors, Inc..*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 10/23/2013

SIGNATURE: *Claudia Sosa*

NAME (Please print clearly): Claudia Sosa

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: 9802

MAILING ADDRESS: 5 Rockledge Place #1E

CITY, STATE, ZIP: Yonkers, NY, 10705

PHONE NUMBER: (914) 751-1262

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

ActiveUS 115677480v.5

*Shelton v. Imperial Distributors, Inc..,* Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _Oct 25 2013_

_Kerri Donnelly_
SIGNATURE

_Kerri Donnelly_
NAME (Please print clearly)

_0524_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_52 Rosemont Ave_
MAILING ADDRESS

_Elmwood Park NJ 07407_
CITY, STATE, ZIP

_201-450-1416_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

*Shelton v. Imperial Distributors, Inc..,* Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _10-24-2013_

SIGNATURE _Joel A. Voisine_

NAME (Please print clearly) _JOEL A. VOISINE_

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER _0887_

MAILING ADDRESS _172 Carrier Rd_

CITY, STATE, ZIP _Houlton, ME. 04730_

PHONE NUMBER _(207) 532-6762_

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

## <u>NOTICE OF CONSENT</u>

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _10/23/13_

_Eric White_
SIGNATURE

_Eric White_
NAME (Please print clearly)

_8707_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_14 Kingswood Dr Apt Lc_
MAILING ADDRESS

_Abington MA. 02351_
CITY, STATE, ZIP

_781-878-4814_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

ActiveUS 115677480v.5

*Shelton v. Imperial Distributors, Inc..*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 10/24/13

SIGNATURE

NAME (Please print clearly) Daniel Coski

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER 7353

MAILING ADDRESS 115 Rome Ave

CITY, STATE, ZIP Warwick RI 02886

PHONE NUMBER (401) 732-8990

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

*Shelton v. Imperial Distributors, Inc..*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _10 – 23 – 2013_

_David Narcus_
SIGNATURE

_David Narciso_
NAME (Please print clearly)

_9220_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_66 oak St #2_
MAILING ADDRESS

_Taunton MA 02780_
CITY, STATE, ZIP

_508 828 9181_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

ActiveUS 115677480v.5

*Shelton v. Imperial Distributors, Inc..*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _10/24/13_

_Edwin Colon_
SIGNATURE

_EDWIN COLON_
NAME (Please print clearly)

_9814_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_2911 Barnes Ave #2A_
MAILING ADDRESS

_Bx NY. 10467_
CITY, STATE, ZIP

_646-878-4079_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _October 24, 2013_

_Amy LaPrade_
SIGNATURE

_Amy LaPrade_
NAME (Please print clearly)

_1524_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_447 East Central St._
MAILING ADDRESS

_Franklin, MA 02038_
CITY, STATE, ZIP

_508-380-6504_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 10/24/2013

SIGNATURE

NAME (Please print clearly): MARK C. WALTON

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: 2200

MAILING ADDRESS: 735 HICKORY OAK HOLLOW

CITY, STATE, ZIP: MARTINEZ, GA 30907

PHONE NUMBER: 706-840-2217

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _10/24/13_

_Dana Donahue_
SIGNATURE

_DANA DONAHUE_
NAME (Please print clearly)

_8672_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_26 EVERGREEN VALLEY DR._
MAILING ADDRESS

_DOVER N.H. 03820_
CITY, STATE, ZIP

_603 978 4853_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than __December 5, 2013__. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

*Shelton v. Imperial Distributors, Inc..*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: October 23, 2013

_Domenic Simoni_
SIGNATURE

Domenic Simoni
NAME (Please print clearly)

0562
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

116 Arctic Cat Ln
MAILING ADDRESS

Bethel Vt 05032
CITY, STATE, ZIP

802-234-6343
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 10/24/13

SIGNATURE *Christopher E Clark*

NAME (Please print clearly) Christopher E Clark

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER 2638

MAILING ADDRESS 28 Milt Brown Rd

CITY, STATE, ZIP Standish, ME 04084

PHONE NUMBER 207 642-3059

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188