UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| DANIEL SHELTON, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No: 1:13-cv-00150 |
| vs. | ) ) ) | Judge: Mattice/Lee |
| IMPERIAL DISTRIBUTORS, INC., | ) ) | |
| Defendant. | ) | |

## PLAINTIFF'S SECOND NOTICE OF FILING OF CONSENTS

Pursuant to the Court's Order entered on October 7, 2013 (document 35), Plaintiff files the Notices of Consent attached hereto as Exhibit A.

Respectfully submitted,

s / R. Scott Jackson, Jr.
R. Scott Jackson, Jr., #13839
4525 Harding Road
Suite 200
Nashville, TN 37205
615-313-8188
615-313-8702 (facsimile)
rsjackson@rsjacksonlaw.com

John R. McCown
Warren & Griffin, P.C.
513 Benjamin Way
Suite 208
Dalton, GA 30721
423-265-4878
706-529-3890 (facsimile)
johnmccown@gmail.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

       I hereby certify that on the 28th day of October, 2013, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on Russell W. Gray, Baker Donelson, Bearman, Caldwell & Berkowitz, P.C., 1800 Republic Centre, 633 Chestnut Street, Chattanooga, TN, 37450.

                                               s / R. Scott Jackson, Jr.
                                               R. Scott Jackson, Jr.