*Shelton v. Imperial Distributors, Inc..*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _October 24 2013_

SIGNATURE _Elaine Spellman_

NAME (Please print clearly) _Elaine Spellman_

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER _7320_

MAILING ADDRESS _27 Sculpin Way_

CITY, STATE, ZIP _Swampscott Mass. 01907_

PHONE NUMBER _617-750-3944_

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: *10/24/13*

_____
SIGNATURE

Gerald F McLellan
NAME (Please print clearly)

9600
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

2 Kel-Las, Dc
MAILING ADDRESS

Salisbury, Ma 01952
CITY, STATE, ZIP

978-388-9488
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

*Shelton v. Imperial Distributors, Inc..*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: Oct 24 2013

SIGNATURE: *Joel Spellman*

NAME (Please print clearly): Joel Spellman

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: 3481

MAILING ADDRESS: 27 Sculpin Way

CITY, STATE, ZIP: Swampscott, MA 01907

PHONE NUMBER: 617-750-3933

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

ActiveUS 115677480v.5

*Shelton v. Imperial Distributors, Inc.*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: *October 23, 2013*

_____
SIGNATURE

*Ruth C. Belger*
NAME (Please print clearly)

*1151*
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

*94 Clark Street*
MAILING ADDRESS

*Brockton MA 02302*
CITY, STATE, ZIP

*617-791-7755*
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

ActiveUS 115677480v.5

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _10/25/13_

_Mary Ann Garofalo_
SIGNATURE

_MARY ANN GAROFALO_
NAME (Please print clearly)

_2595_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_8 SHILOH COURT_
MAILING ADDRESS

_CORAM, NY 11727_
CITY, STATE, ZIP

_631-509-5557_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 10/24/13

*Chris Collins*
SIGNATURE

Christopher Collins
NAME (Please print clearly)

1972
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

151 Smith Ave.
MAILING ADDRESS

Holbrook, NY, 11741
CITY, STATE, ZIP

631-394-1687
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _Oct. 24, 2013_

SIGNATURE _Alan_

NAME (Please print clearly) _Alan Keltz_

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER _9670_

MAILING ADDRESS _146 Eagle Hill Ct._

CITY, STATE, ZIP _Middle Island NY 11953_

PHONE NUMBER _631 924 2044_

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than __December 5, 2013__. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

*Shelton v. Imperial Distributors, Inc..*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 10-22-13

Christopher R Jones
SIGNATURE

Christopher Jones
NAME (Please print clearly)

7359
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

178 Pond Street
MAILING ADDRESS

Braintree MA 02184
CITY, STATE, ZIP

(617) 538-1085
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _10/23/13_

SIGNATURE

NAME (Please print clearly) _R. Jeffrey Thompson_

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER _4385_

MAILING ADDRESS _25 Equestrian Dr._

CITY, STATE, ZIP _Wallkill, NY 12589_

PHONE NUMBER _845-566-0575_

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

*Shelton v. Imperial Distributors, Inc..*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _10/25/2013_

_Angel D. Foiles_
SIGNATURE

_3 LARISA LANE_
MAILING ADDRESS

_ANGEL D FOILES_
NAME (Please print clearly)

_JACKSON N.J. 08527_
CITY, STATE, ZIP

_XXX - XX - 9293_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_(H) 848 -222-4290 (C) 732 621.4076_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 10-23-13

_Veronica Richardson_
SIGNATURE

Veronica Richardson
NAME (Please print clearly)

0861
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

465 Commonwealth Blvd
MAILING ADDRESS

Manchester, NJ 08759
CITY, STATE, ZIP

732-300-4786
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than __December 5, 2013__. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _10/23/2013_

_Cynthia M. Hilgenberg_
SIGNATURE

_Cynthia M. Hilgenberg_
NAME (Please print clearly)

_6503_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_2 Constitution Way_
MAILING ADDRESS

_Flemington, N.J  08822_
CITY, STATE, ZIP

_908-310-4713_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _10/23/13_

_Janet Barlow-Bernardo_        _686 Union Ave Apt D-6_
SIGNATURE                                            MAILING ADDRESS

_Janet Barlow-Bernardo_        _Belleville NJ 07109_
NAME (Please print clearly)                  CITY, STATE, ZIP

_9497_                                             _973-704-6441_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER    PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

ActiveUS 115677480v.5

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 10 - 23 - 13

SIGNATURE

NAME (Please print clearly) DANIEL J. CASHMAN

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER 9092

MAILING ADDRESS 223 LINCOLN AVe

CITY, STATE, ZIP CLIFTON, NJ 07011

PHONE NUMBER 201-694-1829

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 10/23/13

SIGNATURE: *Diana Abrahamsen*

NAME (Please print clearly): Diana Abrahamsen

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: 1071

MAILING ADDRESS: 681 Locust Ave

CITY, STATE, ZIP: Bohemia NY 11716

PHONE NUMBER: (631) 942-0460

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

ActiveUS 115677480v.5

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _10/23/13_

SIGNATURE _~~Frank Martone~~_

NAME (Please print clearly) _FRANK MARTONE_

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER _1240_

MAILING ADDRESS _29 HESTER LANE_

CITY, STATE, ZIP _LAKE RONKONKOMA NY 11779_

PHONE NUMBER _631-935-2230_

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

ActiveUS 115677480v.5

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 10/23/13

Karen A. McKinney
SIGNATURE

KAREN A. McKinney
NAME (Please print clearly)

8218
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

3 CEDAR St APT 1
MAILING ADDRESS

BINGHAMTON, NY 13905
CITY, STATE, ZIP

607-644-5899
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 10 | 23 | 13

SIGNATURE

NAME (Please print clearly) KAREN J. TATRO

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER 1196

2A MERILEL TERR

MAILING ADDRESS HoLYOKE MA · 01040

CITY, STATE, ZIP 413-536-1955

PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

*Shelton v. Imperial Distributors, Inc..*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 10/24/13

SIGNATURE

NAME (Please print clearly) Pamela A. O'Connor

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER 9488

MAILING ADDRESS 7 Highland Ave

CITY, STATE, ZIP Ansonia, Ct 06401

PHONE NUMBER 475-298-5216

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

ActiveUS 115677480v.5

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 10/23/2013

SIGNATURE *Carmen Ruiz*

NAME (Please print clearly) *Carmen Ruiz*

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER 6260

MAILING ADDRESS 68 Lori lane

CITY, STATE, ZIP Meriden CT 06450

PHONE NUMBER 203-238-7994

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _October 23, 2013_

_Christopher V. Lancaster_
SIGNATURE

_Christopher V. Lancaster_
NAME (Please print clearly)

_1351_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_26 Homsted Lane_
MAILING ADDRESS

_Hermon, ME 04401_
CITY, STATE, ZIP

_207-272-2256_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 10/24/13

SIGNATURE

NAME (Please print clearly): Kell D. Kuskey

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: 1647

MAILING ADDRESS: 408 Arbor Oaks Dr.

CITY, STATE, ZIP: Summerville, S.C. 29485

PHONE NUMBER: 843-276-8896

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than* **December 5, 2013**. *The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

*Shelton v. Imperial Distributors, Inc..*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _Oct 23, 2013_

_Brenda Page_
SIGNATURE

_Brenda Page_
NAME (Please print clearly)

_2467_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_745 Hudson Rd_
MAILING ADDRESS

_Glenburn, Me. 04401_
CITY, STATE, ZIP

_207-947-8197_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188