UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| DANIEL SHELTON, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No: 1:13-cv-00150 |
| vs. | ) ) ) | Judge: Mattice/Lee |
| IMPERIAL DISTRIBUTORS, INC., | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S EIGHTH NOTICE OF FILING OF CONSENTS**

Pursuant to the Court's Order entered on October 7, 2013 (document 35), Plaintiff files the Notices of Consent attached hereto as Exhibit A.

                Respectfully submitted,

                s /  R. Scott Jackson, Jr.
                R. Scott Jackson, Jr., #13839
                4525 Harding Road
                Suite 200
                Nashville, TN 37205
                615-313-8188
                615-313-8702 (facsimile)
                rsjackson@rsjacksonlaw.com

                John R. McCown
                Warren & Griffin, P.C.
                513 Benjamin Way
                Suite 208
                Dalton, GA 30721
                423-265-4878
                706-529-3890 (facsimile)
                johnmccown@gmail.com

                Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November, 2013, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on Russell W. Gray, Baker Donelson, Bearman, Caldwell & Berkowitz, P.C., 1800 Republic Centre, 633 Chestnut Street, Chattanooga, TN, 37450.

s / R. Scott Jackson, Jr.
R. Scott Jackson, Jr.
