*Shelton v. Imperial Distributors, Inc.*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: November 24, 2013

SIGNATURE

NAME (Please print clearly) Mark Hodgins

9764
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

14 Perkins Street
MAILING ADDRESS

Winsted, CT 06098
CITY, STATE, ZIP

860 · 485 · 4848
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

*Shelton v. Imperial Distributors, Inc..*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 11/25/13

SIGNATURE

NAME (Please print clearly) Stuart Krause

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER 6360

MAILING ADDRESS 2725 county rd 26

CITY, STATE, ZIP Clmire N.Y. 12042

PHONE NUMBER 518 610 2682

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

ActiveUS 115677480v.5

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 11-26-13

SIGNATURE: Jamey Costa

NAME (Please print clearly): JAMEY COSTA

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: 3759

MAILING ADDRESS: 188 ROUNDS AVE

CITY, STATE, ZIP: PROVIDENCE, RI 02907

PHONE NUMBER: 401-658-6365

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: November 28 2013

Lori Bankoski
SIGNATURE

Lori Bankoski
NAME (Please print clearly)

2464
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

7 Saint Thomas St.
MAILING ADDRESS

Enfield CT. 06082
CITY, STATE, ZIP

(860) 709-2131
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

ActiveUS 115677480v.5

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: *11/27/13*

*Regina Dobbins*
SIGNATURE

*Regina Dobbins*
NAME (Please print clearly)

*9596*
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

*67 NEW Braintree Rd*
MAILING ADDRESS

*West Brookfield Ma*
CITY, STATE, ZIP

*508 8676842*
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

ActiveUS 115677480v.5

*Shelton v. Imperial Distributors, Inc..*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 11/26/2013

_Lisa Ann Anderson_
SIGNATURE

Lisa Ann Anderson
NAME (Please print clearly)

6030
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

20 Hickory Lane
MAILING ADDRESS

Levittown, NY 11756
CITY, STATE, ZIP

(516) 589-0569
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _11-21-13_

_Erica Dahr_
SIGNATURE

_Erica Dahr_
NAME (Please print clearly)

_8090_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_30 Carriage Path North_
MAILING ADDRESS

_Milford CT. 06460_
CITY, STATE, ZIP

_203-809-3506_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

*Shelton v. Imperial Distributors, Inc..,* Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _11/20/2013_

_Michael C. Coolidge_
SIGNATURE

_Michael C. Coolidge_
NAME (Please print clearly)

_0018_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_Zero church street_
MAILING ADDRESS

_Methuen, MASS. 01844_
CITY, STATE, ZIP

_1-508-579-7291_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

ActiveUS 115677480v.5

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: *11.23.13*

*Kim Nicholas - Allen*
SIGNATURE

*Kim Nicholas - Allen*
NAME (Please print clearly)

*8195*
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

*63 ESSEX ST.*

*WEST BABYLON, N.Y.*
CITY, STATE, ZIP

*631.353.5454*
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: *November 29, 2013*

*(new address)*

SIGNATURE: *Richard Cruciger*

MAILING ADDRESS: *741 Woodruff Rd #2338*

NAME (Please print clearly): *Richard Cruciger*

CITY, STATE, ZIP: *Greenville, SC 29607*

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: *2464*

PHONE NUMBER: *(864) 905-7287*

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 11/27/13

Russell S Potter III
SIGNATURE

Russell G. Potter III
NAME (Please print clearly)

5485
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

46 Pinecrest Village
MAILING ADDRESS

Hopkinton, MA 01748
CITY, STATE, ZIP

508-344-5231
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

ActiveUS 115677480v.5

*Shelton v. Imperial Distributors, Inc..*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _____Nov 22 2013_____

_____*Richard Skwirz*_____
SIGNATURE

_____Richard Skwirz_____
NAME (Please print clearly)

_____2516_____
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_____2 Edgemont Ave_____
MAILING ADDRESS

_____Cumberland RI 02864_____
CITY, STATE, ZIP

_____401-727-0211_____
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

*Shelton v. Imperial Distributors, Inc.., Case No. 1:13-cv-00150*

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _11/22/2013_

_Anthony Wright_
SIGNATURE

_Anthony Wright_
NAME (Please print clearly)

_7638_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_50 AL's Avenue_
MAILING ADDRESS

_Allenstown, NH 03275_
CITY, STATE, ZIP

_603 365 9323_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than __December 5, 2013__. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

*Shelton v. Imperial Distributors, Inc..*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _11 / 15 / 13_

_____
SIGNATURE

_John R LAmbertino_
NAME (Please print clearly)

_5512_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_433 MARtin WARd Rd_
MAILING ADDRESS

_Tunnel Hill GA 30755_
CITY, STATE, ZIP

_423 - 240 - 2462_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 11/28/2013

_Diane E Brunell_
SIGNATURE

27 BROWN RD.
MAILING ADDRESS

DIANE E. BRUNELL
NAME (Please print clearly)

OXFORD MA 01540
CITY, STATE, ZIP

4245
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

508-987-5120
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

ActiveUS 115677480v.5

*Shelton v. Imperial Distributors, Inc..*, Case No. 1:13-cv-00150

### NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _November 30, 2013_

_Janneki_
_view Ave._
_arbury, CT 067(_

_[signature]_
SIGNATURE

_45 Brookview Ave_
MAILING ADDRESS

_Samantha Janneke_
NAME (Please print clearly)

_Waterbury, CT 06706_
CITY, STATE, ZIP

_6478_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_203 592 3847_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

ActiveUS 115677480v.5

*Shelton v. Imperial Distributors, Inc..*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 11/25/13

SIGNATURE

NAME (Please print clearly) John C Henry

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER 7510

MAILING ADDRESS 47 N Central Park Ave # 15

CITY, STATE, ZIP Hartsdale NY 10530

PHONE NUMBER 914-882-3807

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

ActiveUS 115677480v.5

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _11/24/13_

_Judith A. Keifer_
SIGNATURE

_Judith A. Keifer_
NAME (Please print clearly)

_1534_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_24 Rosalind Rd_
MAILING ADDRESS

_Brick, NJ      08724_
CITY, STATE, ZIP

_732-779-1550_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _____

_Keith Smith_
SIGNATURE

_Koff N Smith_
NAME (Please print clearly)

_5328_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_112-11 225 St_
MAILING ADDRESS

_Queen's Village NY 11429_
CITY, STATE, ZIP

_646-245-0068_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: Dec 1, 2013

_Nicole Greeno_
SIGNATURE

Nicole Greeno
NAME (Please print clearly)

6138
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

3001 St. Rt. 42
MAILING ADDRESS

Foresthourgh, NY 12777
CITY, STATE, ZIP

(845) 707-3626
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

ActiveUS 115677480v.5

*Shelton v. Imperial Distributors, Inc.*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: 12-03-13

William Bohlbach
SIGNATURE

WILLIAM BOHMBACH
NAME (Please print clearly)

9408
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

303A High St
MAILING ADDRESS

HANSON MA 02341
CITY, STATE, ZIP

781-588-3246
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

*Shelton v. Imperial Distributors, Inc..*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _DEC 3, 2012_

_____
SIGNATURE

_MICHAEL CONNOLL_
NAME (Please print clearly)

_412 4_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_PO Box 350_
MAILING ADDRESS

_MILLBURY, MA, 01527_
CITY, STATE, ZIP

_508 313 4619_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

> R. Scott Jackson, Jr.
> Attorney at Law
> 4525 Harding Road, Suite 200
> Nashville, TN 37205
> 615-313-8188

ActiveUS 115677480v.5

*Shelton v. Imperial Distributors, Inc.*, Case No. 1:13-cv-00150

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _10 - 31 - 13_

_Mary Bowman_
SIGNATURE

_MARY BOWMAN_
NAME (Please print clearly)

_4764_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_3330 Boydston Rd._
MAILING ADDRESS

_Chatt, TN 37419_
CITY, STATE, ZIP

_423 - 508 - 8474_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

       R. Scott Jackson, Jr.
       Attorney at Law
       4525 Harding Road, Suite 200
       Nashville, TN 37205
       615-313-8188

*Shelton v. Imperial Distributors, Inc.., Case No. 1:13-cv-00150*

## NOTICE OF CONSENT

I hereby give my consent to be a party plaintiff in this case and agree to be bound by the settlement approved by the Court in this action. By signing this Notice of Consent, I also agree to release Imperial Distributors, Inc. and the other Releasees, as described in Paragraph 12 of the Settlement Agreement (available through the U.S. District Court for the Eastern District of Tennessee on-line PACER service and the Settlement Class Members' attorneys), from all claims for unpaid wages, unpaid overtime, compensatory or punitive damages, liquidated damages, costs, attorneys' fees, and any other relief under the Fair Labor Standards Act (the "FLSA") and any applicable state laws regarding wages and overtime. This written Notice of Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

DATE: _10-26-2013_

_Doris Reneé Graves_
SIGNATURE

_Doris Reneé Graves_
NAME (Please print clearly)

_7768_
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

_838 Beaumont Rd, Rock Spring, Ga 30739_
MAILING ADDRESS

_____
CITY, STATE, ZIP

_423-596-3049_
PHONE NUMBER

*If you want to participate in the settlement of this lawsuit, you must fill out and return this Notice of Consent form no later than **December 5, 2013**. The completed form should be returned by first class mail to the Settlement Class Members' attorney at the below address. For your convenience, a return envelope, postage pre-paid, has been enclosed with this Notice of Consent.*

R. Scott Jackson, Jr.
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
615-313-8188

⚹ Imperial misrepresented themselves in the interview. They lead us to believe that full time was 40hrs. Never said Anything about being on Salary until after was already on the job. Supervisor insisted on me to finish a job even if 10:00pm or later. Worked 50 plus hours a week.

_Reneé Graves_

ActiveUS 115677480v.5