UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

DANIEL SHELTON, on behalf of himself
and all others similarly situated,

          Plaintiff,

v.

IMPERIAL DISTRIBUTORS, INC.,

          Defendant.

Case No.: 1:13-cv-00150

Judge: Mattice/Lee

## FINAL ORDER AND ORDER OF DISMISSAL

    Before the Court is the Joint Motion of the Parties for the Court to Enter a Final Order and Order of Dismissal (Court File No. 47). Upon agreement of the parties and for good cause shown, the parties' motion is **GRANTED**. The Court **ORDERS** as follows:

1. The claims of the Settlement Class Members, as defined in the Approval Order (Court File No. 35), and the Named Plaintiff are **DISMISSED WITH PREJUDICE**. A list of the Settlement Class Members and the Named Plaintiff is attached as <u>Exhibit A</u>.

2. Within fourteen days of the Court entering this Final Order, Imperial Distributors, Inc. ("Imperial") must mail the Final Settlement Class Member Payments, as defined in Paragraph 10 of the Settlement Agreement, to the Settlement Class Members. Also within fourteen days of the Court entering this Final Order, Imperial must pay the attorneys' fees set forth in the Settlement Agreement.

**SO ORDERED** this 2nd day of January, 2014.

                                                       /s/Harry S. Mattice, Jr.
                                                       HARRY S. MATTICE, JR.
                                                       UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

/s/ Russell W. Gray
**RUSSELL W. GRAY**
Baker, Donelson, Bearman,
   Caldwell & Berkowitz, Pc
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
423-756-2010
rgray@bakerdonelson.com

**JONATHAN D. ROSENFELD** (admitted *Pro Hac Vice*)
**ARIELLA FEINGOLD** (admitted *Pro Hac Vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
jonathan.rosenfeld@wilmerhale.com
ariella.feingold@wilmerhale.com

*Attorneys for Defendant*

/s/ R. Scott Jackson, Jr. (with permission)
**R. Scott Jackson, Jr., #013839**
Attorney at Law
4525 Harding Road
Suite 200
Nashville, TN 37205
615-313-8188
rsjackson@rsjacksonlaw.com

**JOHN R. MCCOWN**
Warren & Griffin, P.C.
513 Benjamin Way
Suite 208
Dalton, GA 30721
423-265-4878
john.mccown@gmail.com

*Attorneys for Plaintiff*

**Exhibit A**

**Settlement Class Members**

1. Abrahamsen, Diana
2. Aceto, Paul M.
3. Agosta, Michael
4. Alfieri, Traci J.
5. Allen, Jean
6. Alma, Angelo
7. Alma, Hilary A.
8. Anderson, Lisa A.
9. Anderson, Thomas
10. Arnold, Nancy
11. Artus, Heather D.
12. Bankoski, Lori J.
13. Barboza, Melinda A.
14. Barlow, Janet
15. Belanger, Ronald
16. Belger, Ruth C.
17. Bernardo, John C.
18. Blassic, Amy
19. Bohmbach, William
20. Bourque, Raymond E.
21. Bowman, Mary R.
22. Bradford, Joseph C.
23. Brickman, Steven S.
24. Brogan, Terry
25. Brown, Alecia A.
26. Brunell, Diane E.
27. Cappararo, Michael
28. Carroll, Michael G.
29. Cashman, Daniel J.
30. Chery, Wenefred
31. Chew, Sharon
32. Ciccarello, Kathleen M.
33. Clark, Christopher
34. Cocka, Anthony A.
35. Collins, Christopher
36. Colon, Edwin
37. Comparetti, Christine
38. Consentine, Lisa J.
39. Contrada, Gerald
40. Coolidge, Michael C.
41. Correia, Wayne M.
42. Coski, Daniel J.

43. Costa, Jamey
44. Crespo, Karen
45. Cruciger, Richard
46. Cunningham, Deborah M.
47. Dahr, Erica V.
48. Daly, Dona Lisa
49. DaRosa, Christopher J.
50. Davio, Michael M.
51. Debreceni, Kim M.
52. DeCosta, Luke J.
53. Dedominicis, Jeanine
54. Defusco, Kimberly C.
55. Defusco, Michael L.
56. Dennison, Valerie C.
57. Devita, Geneen A.
58. Diorio, David J.
59. Dobbins, Regina L.
60. Dodge, Harold J.
61. Donahue, Dana
62. Donnelly, Kerri A.
63. Dulude, Ronald
64. Elenio, Lillian
65. Erwin, Daniel E.
66. Fabian, Timothy
67. Farrell, Patricia A.
68. Fike, Joan P.
69. Fiorita, Dawn A.
70. Fitzpatrick, Mary-Louise
71. Foiles, Angel D.
72. Foley, Barbara S.
73. Francis, Scott M.
74. Frazier, Elizabeth R.
75. Frazier, Janice R.
76. Garand, Marc D.
77. Garant, Darlene A.
78. Garceau, Benjamin G.
79. Garofalo, Mary Ann N.
80. Gillespie, Kevin D.
81. Graves, Clifford R.
82. Graves, Doris R.
83. Greeno, Nicole L.
84. Griffith-Heyen, Matthew S.
85. Gulotta, Richard
86. Hardina, Anna M.
87. Hardina, Christopher M.
88. Hatfield, Eric S.

89. Henry, John C.
90. Hepple, Courtney A.
91. Hilgenberg, Cynthia M.
92. Hodgins, Mark J.
93. Hogan, Christine M.
94. Hollywood, Jared
95. Hooley, Wendy
96. Hoover, Constance
97. Horn, Ivan R.
98. Janneke, Samantha
99. Jaret, Harold
100. Johnson, Paul R.
101. Jones, Christopher R.
102. Jope, Alan F.
103. Kashnow, Yitz
104. Kaverman, Robert M.
105. Keahon, William R.
106. Kearse, Carmen T.
107. Keaton, Helen V.
108. Keifer, Judith A.
109. Keigley, Jennifer L.
110. Kelly, Danielle N.
111. Keltz, Alan H.
112. Kennedy, Carol A.
113. King, James R.
114. Kosonen, Linda L.
115. Krause, Stuart
116. Kuskey, Kell D.
117. Lambertino, John
118. Lancaster, Christopher V.
119. LaPrade, Amy M.
120. Lawrence, Thomas J.
121. Leavitt, Ronald C.
122. Lewis, Richard
123. Linney, Jeremiah
124. Loverin, Daniel
125. Lynskey, Theresa
126. Madej, Raymond E.
127. Maignan, Michael
128. Maleck, Daniel J.
129. Maloney, Thomas G.
130. Marci, Laura
131. Martone, Frank
132. Masiello, Philip R.
133. Massaro, Joseph E.
134. Matt, Frederick G.

135. Mauro, Penny
136. McCarthy, Zachary T.
137. McDermott, Arthur
138. McInnis, Daniel
139. McInnis, Donald
140. McKinney, Karen A.
141. McLellan, Gerald F.
142. Medeiros, Paula T.
143. Melanson, Michelle
144. Meneades, Charles
145. Meyers, James J.
146. Monroe, Richard C.
147. Narciso, David M.
148. Nargi, Marco A.
149. Newsome, Amy R.
150. Newton, Sharon S.
151. Nicholas-Allen, Kim E.
152. O'Connor, Pamela A.
153. O'Dea, Kevin J.
154. Page, Brenda A.
155. Painten, Carolyn E.
156. Pensky, Petrine A.
157. Pepin, Kenneth R.
158. Piazza, Thomas F.
159. Popyk, Karen
160. Potter III, Russell G.
161. Quimby, Dianne L.
162. Redden, Thomas
163. Richardson, Veronica L.
164. Rogers, Sheryl B.
165. Rominger, Wayne D.
166. Rubin, Allen
167. Rubin, Phillip M.
168. Ruiz, Carmen A.
169. Ryan, Ann L.
170. Sampietro Jr., Richard J.
171. Schelb, Roger
172. Schram, Timothy S.
173. Schultz, Peter E.
174. Shelton, Daniel
175. Shepard, Kelly A.
176. Simoni, Domenic C.
177. Simpson, Natkyta
178. Skwirz, Richard
179. Smith, Brian J.
180. Smith, Colleen A.

181. Smith, Koffi N.
182. Sniffin, Cynthia
183. Soloway, Joseph M.
184. Sosa, Claudia
185. Souza, Michael J.
186. Spellman, Elaine S.
187. Spellman, Joel H.
188. Sprogis, Kylie A.
189. St. Pierre, Lisa M.
190. St. Pierre, Marc J.
191. Stone, Timothy C.
192. Stupak, Stephen J.
193. Stutzman, Raymond
194. Swenson, Michael
195. Tatro, Karen J.
196. Taylor, Brian K.
197. Tenney, Everett
198. Thayer, Gary L.
199. Thompson, R. Jeffrey
200. Townes, Nakenya N.
201. Travis Jr., William G.
202. Turner, Richard H.
203. Vangor, Joshua S.
204. VanSleet, Meghan I.
205. Velez, Robert H.
206. Verge, Dennis
207. Vittorio, Andrea
208. Voisine, Joel A.
209. Volpe-Murphy, Linda
210. Wade, Lori
211. Walton, Mark C.
212. Weiss, Jill N.
213. White, Eric
214. White, Robert B.
215. Wiggin, Karen
216. Wilcox, Andrew
217. Wolcott, Wayne F.
218. Wolfe, Katie E.
219. Wolfe, Rhonda
220. Wright, Anthony