UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DANIEL SHELTON, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>IMPERIAL DISTRIBUTORS, INC.,<br><br>Defendant. | Case No.: 1:13-cv-00150<br><br>Judge: Mattice/Lee |

## JUDGMENT

This case came before the Court on the parties' Joint Motion for Entry of Final Order and Order of Dismissal. The Honorable Harry S. Mattice, Jr., United States District Judge, having granted the Motion,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 2nd day of January, 2014.

                                                                                                 */s/ Debra C. Poplin*
                                                                                                      Debra C. Poplin
                                                                                               CLERK OF COURT